UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARIA JACKSON
And TERENCE JACKSON,

Plaintiffs,

-vs-

Case No: 12-12190
Hon. Nancy G. Edmunds

TARGET CORPORATION, a
Foreign profit corporation.

---

ELLEN SCHREUDER (P29146)
Mancini Schreuder Kline P.C.
Attorneys for Plaintiff
28225 Mound Road
Warren, MI 48092-3498
(586) 751-3900

MARK D. WILLMARTH (P27967)
Law Office of Mark D. Willmarth
Attorneys for Defendant Target
24053 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 777-0400/fax: 0430
mwillmarthlaw@yahoo.com

**INDEX OF EXHIBITS TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit S | Excerpts from deposition of Allison David |
| Exhibit T | Excerpts from deposition of Markesha Marshall |
| Exhibit U | Excerpts from Deposition of Entisar Kireko |
| Exhibit V | Excerpt from Plaintiff's Complaint |
| Exhibit W | Excerpts from Plaintiff's Answers to Interrogatories |
| Exhibit X | Excerpts of Deposition of David Floersch |
| Exhibit Y | Deposition of Cecily Ricer |

WHEREFORE, Defendant, TARGET CORPORATION, respectfully requests this honorable court grant defendant's motion and enter Summary Judgment of No Cause for Action on plaintiffs' Complaint and First Amended Complaint.

Respectfully submitted,

/s/ Mark D. Willmarth

BY:______________________________

MARK D. WILLMARTH (P27967)
Attorney for Defendant
24053 Jefferson Avenue
St. Clair Shores, MI 48080
mwillmarthlaw@yahoo.com

Dated: May 24, 2013